Attorney for Debtor
Christopher Mark Winslow #76156
**Law Office of Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: William J. and Tiffany D. Jackson, Jr.          Case No. 14-31911
23329 Dabney Mill Road                                  Chapter 13
Petersburg, VA 23803                                    Trustee: Robert E. Hyman
Last four digits of SSN: xxx-xx-2332
Last four digits of Joint SSN: xxx-xx-8377

### ORDER FOR SUPPLEMENTAL FEES

Upon the Application for Supplemental Fee Allowance filed by Christopher M. Winslow, Esquire pursuant to Standing Order 08-1.

It is ORDERED that Christopher M. Winslow, Esquire is awarded $400 in additional fees as set out in the motion: The attorney settled a Motion for Relief which was filed on August 7, 2014 and the Order was entered on September 12, 2014, settled a Motion to Dismiss which was filed by the Trustee on July 17, 2014 and was withdrawn in open court on July 23, 2014.

Enter: Nov 5 2014

Entered on Docket: Nov 6 2014

/s/ Keith L. Phillips
UNITED STATES BANKRUPTCY JUDGE

| I ask for this and I hereby certify pursuant to Local Rule 9022 that this Order has been endorsed by all necessary parties:<br><br>/s/ Christopher M. Winslow<br>Christopher Mark Winslow #76156<br>Counsel for William J. & Tiffany D. Jackson, Jr., the Attorney for Debtor<br>Christopher Mark Winslow #76156<br>**Law Office of Winslow & McCurry, PLLC**<br>1324 Sycamore Square, Suite 202C<br>Midlothian, VA 23113<br>(804) 423-1382 | Seen and Agreed:<br><br>/s/ Robert E. Hyman<br>Robert E. Hyman, Chapter 13 Trustee<br>P.O. Box 1780<br>Richmond, VA 23219<br>Telephone: (804) 775-0979 |
|---|---|

**The Clerk shall mail copies of this Order to:** Christopher M. Winslow, Esquire , 1324 Sycamore Square, Suite 202C Midlothian, VA 23113, United States Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219, the debtor(s), William J. & Tiffany D. Jackson, Jr., 23329 Dabney Mill Road, Petersburg, VA 23803; Robert E. Hyman Chapter 13 Trustee, P.O. Box 1780, Richmond, VA 23219.