Attorney for Debtor
Christopher Mark Winslow #76156
**Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

IN RE:  William J. Jackson, Jr.
Tiffany D. Jackson,
Debtors,                                                                 Chapter 13
23329 Dabney Mill Road                                      Case No. : 14-31911-KLP
Petersburg, VA 23803
Last four of SS # 2332
Last four of Joint SS# 8377

**Notice of Motion to Vacate Order of Dismissal
and Notice of Hearing**

William J. Jackson, Jr. and Tiffany D. Jackson, has filed papers with the Court, a Motion to Vacate Order of Dismissal for failure to commence payments under chapter 13 plan, pursuant to local rule 3070-1(c.

<u>Your rights may be affected</u>.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**
If you do not want the Court to grant the Motion to Vacate Order of Dismissal, or if you want the Court to consider your views on the motion, <u>not later than (14) days from the date of hearing on the Motion to Vacate Disimssal,</u> you or your attorney must:

File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rules 4001(a)-1(c) and 9013-1(H).  If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.   You must mail a copy of your response to the following:

| **Clerk of Court** | **Christopher M. Winslow, Esq.** | **U.S. Trustee** | **Suzanne E. Wade, Trustee** |
|---|---|---|---|
| U. S. Bankruptcy Court | 1324 Sycamore Square | 701 E. Broad St, #4304 | P.O. Box 1780 |
| 701 E. Broad St; # 4000 | Suite 202C | Richmond, VA 23219 | Richmond, VA 23218 |
| Richmond, VA 23219 | Midlothian, VA 23113 | | |

**NOTICE IS HEREBY GIVEN  that this Motion may be allowed provided no response and request for a hearing is made by any party in interest in writing to the Clerk of this Court not less than fourteen (14) days prior to the hearing on the Motion to Vacate Dismissal.  If no timely response has been filed  opposing the relief requested, the Court may grant the relief requested in the Motion without a hearing.**  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motions, and may enter an order granting that relief.

Further Notice is given that if a Response and a request for a hearing is filed by a party in interest within the time indicated a hearing will be conducted on the Motion and Response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly.  If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto ex parte and without further notice.

Certificate of Service

I hereby certify that on this <u>June 27, 2017</u>, I mailed the foregoing Motion to Vacate Order of Dismissal, Notice of Motion and the Notice of Hearing was mailed by electronic mail or first class mail, postage pre-paid to: United States Trustee at 701 E. Broad Street, Room 4304,  Richmond, VA 23219 , Trustee, and to all the creditors and parties of interest herein.

/s/ Christopher M. Winslow
Christopher M. Winslow

Attorney for Debtor
Christopher Mark Winslow #76156
**Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

IN RE:  William J. Jackson, Jr.
        Tiffany D. Jackson,
        Debtors,
        23329 Dabney Mill Road
        Petersburg, VA 23803
        Last four of SS # 2332
        Last four of Joint SS# 8377

Chapter 13
Case No. : 14-31911-KLP

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on **July 26, 2017 @ 10:00 AM** or as soon thereafter as is practical, we will appear before the Honorable Keith L. Phillips Room 5100 of the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division located at 701 E. Broad Street, Richmond on the **Debtors' Motion to Vacate Dismissal**.

        William J. Jackson, Jr.

        Tiffany D. Jackson

BY:        /s/ Christopher M. Winslow
            Counsel

## CERTIFICATE

I hereby certify that on  6/27/2017, I mailed the foregoing document by first class mail, postage pre-paid to:, U.S. Trustee, United States Trustee at 701 E. Broad Street, Room 4304,  Richmond, VA 23219,  the debtors(s), the Chapter 13 Trustee and all creditors and parties of interest herein.

        /s/ Christopher M. Winslow
        Christopher M. Winslow

Attorney for Debtor
Christopher Mark Winslow #76156
**Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE:  William J. Jackson, Jr.
        Tiffany D. Jackson,
        Debtors,                               Chapter 13
        23329 Dabney Mill Road         Case No. : 14-31911-KLP
        Petersburg, VA 23803
        Last four of SS # 2332
        Last four of Joint SS# 8377

**Motion to Vacate Dismissal**

COMES NOW, William J. Jackson, Jr. and Tiffany D. Jackson, the Debtors, by Counsel, Christopher M. Winslow, Esq. to move this Court for an order vacating the Order of Dismissal entered by the Court on June 27, 2017.  In support of this Motion, the debtors state the following:

1. The debtors filed a Voluntary Petition under Chapter 13 of the United Stated Bankruptcy Code on April 8, 2014.

2. The meeting of creditors was held on May 22, 2014.

3. The Debtors' plan was confirmed July 24, 2014.

4. The assigned Trustee, Suzanne E. Wade, filed a Motion to Dismiss for failure to make plan payments on May 16, 2017.

5. The Debtors' attorney calendared the Motion to Dismiss hearing date for June 28, 2017 at 9:15 am.

6. The Debtors' attorney sent a proposed modified plan over for signature that had not been returned prior to the correct hearing date of June 21, 2017 at 9:15 am.

7. The Debtors' attorney has since received the signed modified plan on June 21, 2017.

8. Wherefore the debtors, William J. Jackson, Jr. and Tiffany D. Jackson, pray that this case be reinstated.

                    Respectfully submitted:

                    William J. Jackson, Jr.
                    Tiffany D. Jackson
                    By:    /s/ Christopher M. Winslow , Counsel

Attorney for Debtor
Christopher Mark Winslow #76156
**Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

# CREDITORS

**Advance America Cash Advance**
522 Oaklan Blvd
Hopewell, VA 23860-0000

**Amca**
2269 S Saw Mill River Road
Elmsford, NY 10523-0000

**American General Finance**
Po box 431
Colonial Heights, VA 23834-0000

**American InfoSource LP as agent for**
Spot Loan fka Zestcash
PO Box 248838
Oklahoma City, OK 73124-8838

**Aspire**
Po Box 105555
Atlanta, GA 30348-5555

**Asset Acceptance LLC**
Po Box 2036
Warren MI 48090

**Avenue**
Po box 659584
San Antonio, TX 78265-0000

**Aw Coll Agcy**
634b Wyndhurst Dri
Lynchburg, VA 24502-0000

**BB&T Bankrutptcy**
P.O. Box 1847
Wilson, NC 27894-1847

**Beneficial**
1421 Kristinaway
Chesapeake, VA 23320-0000

**Bk Southsi**
Po Box 40
Carson, VA 23830-0000

**Blazer Fin**
3833 S Crater Rd Ste C
Petersburg, VA 23805-0000

**Bline**
1300 19th Street NW
Suite 100
Washington, DC 20036-0000

**Bluegreen Corp**
4960 Conference Way N #
Boca Raton, FL 33431-0000

**BNA**
Po Box 1295
Murfreesboro, TN 37133-0000

**Butterworths Furniture**
2059 S Crater Road
Petersburg, VA 23805-0000

**Capital One**
11013 W. Broad Street
Glen Allen, VA 23060-0000

**Capital One Auto Finan**
3901 Dallas Pkwy
Plano, TX 75093-0000

**Capital One Auto Finance**
P.O. Box 9013
Addison, Texas 75001

**Capital One Auto Finance, a division of Capital On**
P.O. Box 201347
Arlington, TX 76006

**Capital One Bank (USA), N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Cash Advance Center**
2825 Crater Road
Petersburg, VA 23805-0000

**Central Virginia Health Serv.**
Po box 220
New Canton, VA 23123-0000

**Check into Cash**
1912 Boulevard Road Ste C
Colonial Heights, VA 23834-0000

**Check N-Go of Va**
3219 S. Crater Road
Petersburg, VA 23805-0000

Attorney for Debtor
Christopher Mark Winslow #76156
**Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

**Comenity Bank/Avenue**
Po Box 182789
Columbus, OH 43218-0000

**Comenity Bank/Lnbryant**
Po Box 182789
Columbus, OH 43218-0000

**Comenity Bank/Roamans**
Po Box 182789
Columbus, OH 43218-0000

**Credit Adjustment Bo**
306 East Grace Street
Richmond, VA 23219-0000

**Credit Control**
11821 Rock Landing
Newport News, VA 23606-0000

**Credit One Bank**
Po Box 98875
Las Vegas, NV 89193-0000

**Creditors Collection Service**
PO Box 21504
Roanoke, VA 24018-0000

**Diniwiddie County Treasurer**
Po Box 178
Dinwiddie, VA 23841-0000

**Dinwiddie County**
Real Estate Taxes
Post Office Box 178
Dinwiddie, VA 23841-0000

**Diversified Consultant**
10550 Deerwood Park Blvd
Jacksonville, FL 32256-0000

**Dodson Bos Exter.**
634b Wyndhurst Dri
Lynchburg, VA 24502-0000

**Drivetime**
1800 N Colorado Street
Gilbert, AZ 85233-0000

**eCAST Settlement Corporation**
POB 35480
Newark NJ 07193-5480

**eCAST Settlement Corporation assignee of HSBC Bank**
Nevada and its Assigns
POB 35480
Newark NJ 07193-5480

**Equidata**
724 Thimble Shoaks Blvd
Newport News, VA 23606-0000

**Fashion Bug/Soanb**
1103 Allen Dr
Milford, OH 45150-0000

**Fast Auto Loans**
3030 South Cratrer Road
Petersburg, VA 23805-0000

**Fast Payday Loans**
3030 Crater Road
Petersburg, VA 23805-0000

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls, SD 57104-0000

**Focus Recry**
9701 Metropolitan Suite B
Richmond, VA 23236-0000

**Ford Credit**
PO Box 94380
Palatine, IL 60094-0000

**Ford Motor Credit Company, LLC**
c/o Randolph, Boyd, Cherry and Vaughan
13 East Main Street
Richmond, VA 23219

**Friedmans**
171 Crossroads Pkwy
Savannah, GA 31407-0000

**Gecrb/Jcp**
Po Box 984100
El Paso, TX 79998-0000

**HSBC**
PO Box 17051
Baltimore, MD 21297-0000

**Hsbc Bank**
Po Box 5253
Carol Stream, IL 60197-0000

**Integon Casualty Ins**
500 W Fifth Street

Attorney for Debtor
Christopher Mark Winslow #76156
**Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

Po box 3199
Winston Salem, NC 27102-0000

**John Randolph Hospital**
Post Office Box 13620
Richmond, VA 23225-0000

**John Randolph Medical Ce**
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

**JOHN RANDOLPH MEDICAL CENTER**
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

**KCA Financial Services Inc**
Po Box 53
Geneva, IL 60134-0000

**Lab Corp**
P.O. Box 2240
Burlington, NC 27216-0000

**LVMV Funding LLC**
C/O NES
29125 Solon Road
Solon, OH 44139-0000

**LVNV Funding, LLC its successors and assigns as**
assignee of MHC Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Midland Credit Management, Inc.**
as agent for MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090

**Midland Funding LLC**
C/o Bronson Cawley & Bergmann
415 Lawerence Bell Dr
Buffalo, NY 14221-0000

**Nationwide C/o CCS**
Two Wells Avenue
Dept 9134
Newton Center, MA 02459-0000

**NCO**
507 Prudential Road
Horsham, PA 19044-0000

**Nco Fin/38**
2360 Campbell Crk Ste 50
Richardson, TX 75082-0000

**OCWEN**
P. O. Box 6440
Carol Stream, IL 60197-0000

**Pinnacle**
Po box 130848
Re: Bluegreen Corporation
Carlsbad, CA 92013-0000

**Plaza Regional**
Po Box 1295
Murfreesboro, TN 37133-0000

**PYOD, LLC its successors and assigns as assignee**
of Springleaf Financial Services Of
Indiana, Inc.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

**Quantum3 Group LLC as agent for**
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

**Rac Acceptance**
5501 Headquarters Dr
Plano, TX 75024-0000

**Rjm Acquisitions Llc**
575 Underhill Blvd, Suite 224
Syosset, NY 11791

**Sears/Cbna**
133200 Smith Rd
Cleveland, OH 44130-0000

**Sprint BANKRUPTCY Dept**
P.O. Box 172408
Denver, CO 80217-2408

**Sprint Corp**
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

**Suntherland Family**
306 East Grace Street
Richmond, VA 23219-0000

Attorney for Debtor
Christopher Mark Winslow #76156
**Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

**Vanderbilt Mortgage and Finance, Inc.**
P.O. BOX 9800
Maryville, TN 37802

**Vanderblt**
500 Alcoa Trail
Maryville, TN 37804-0000

**Viking Collection Service**
PO Box 59207
Minneapolis, MN 55459-0000

**Virginia Emer Phys LLP**
PO Box 17572
Baltimore, MD 21297-1572

**Virginia Medical Group C/O**
Credit Adjustment Board
306 E. Grace Street
Richmond, VA 23219-0000

**Webbank/Fingerhut**
6250 Ridgewood Rd
Saint Cloud, MN 56303-0000

Case 14-31911-KLP    Doc 65    Filed 06/27/17    Entered 06/27/17 18:46:20    Desc Main
Document      Page 7 of 7